# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | |
| RICHARD E. WEINGARTEN ) | Case No. 20-16815-JGR |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | Subchapter V |

## REPLY TO DEFICIENCY NOTICE

Richard E. Weingarten, Debtor-in-Possession herein ("Debtor"), through his counsel, replies to the Deficiency Notice [Doc. No 12] as follows:

1. The Debtor is an individual Subchapter V Debtor and has already filed his Initial Financial Report ("IFR") with the Office of United States Trustee ("UST") and the individual Subchapter V Trustee, supplying copies of Debtor's evidence of insurance, recent tax returns, 180 day cash flow, and other required documentation.

2. The initial Debtor's interview with the UST analyst and the Subchapter V Trustee has been completed and all documentation requested supplied.

3. The Debtor does not maintain a balance sheet or small business statement of operations as the Debtor is an individual with W-2 income.

4. The Debtor can file the IFR with the Court if required to do so but that document is typically only delivered to the Office of UST.

WHERFORE the Debtor respectfully request this Court to note his compliance with the deficiency notice [Doc. No.12] and for such further relief as is appropriate.

Dated: November 9, 2020.

Respectfully submitted,
BUECHLER LAW OFFICE, LLC

*/s/ Michael J. Guyerson*
_____
Michael J. Guyerson # 11279
999 18th Street, Suite 1230-S

-1-

Denver, Colorado 80202
Tel:720-381-0045
Fax: 720-381-0382
Mike@KJBlawoffice.com
ATTORNEYS FOR THE DEBTOR