UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Tuesday, January 19, 2021, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | Bankruptcy Case No. |
| **Richard Weingarten** | 20-16815-JGR |
| | Chapter 11 |
| Debtor. | Subchapter V |
| Last four digits of SS#: : **3562** | |

☒ **Appearances:**
Debtor:  Richard Weingarten                                    Counsel: Michael J. Guyerson
Creditor: Angry Beavers, LLC, Edward J. Klen,        Counsel: Ingrid J. DeFranco
           Stephen J. Klen, Holstein, LLC ("Creditors")                  Nancy D. Miller
Creditor: Great Western Bank                                  Counsel: Michael C. Payne

**Proceedings:**   Telephonic Hearing on the Creditors' Motion for Supplemental Order Regarding Discovery Dispute and January 5, 2021 Orders filed by Angry Beavers, LLC, Edward Klen and Stephen Klen on January 9, 2021 (Doc. 94)("Motion"), the Objection thereto filed by the Debtor on January 11, 2021 (Doc. 98), and the Creditors' Reply filed on January 14, 2021 (Doc. 110).

☒ Entry of appearances and statements/arguments made
☒ Evidentiary[1]
☐ Witnesses sworn, as noted below, or ☐ see attached list
☐ Exhibits entered, as noted below, or ☐ see attached list
☐

**Orders:**
☒ Oral findings and conclusions made of record
☒ IT IS ORDERED that Creditors' Motion for Supplemental Order Regarding Discovery Dispute and January 5, 2021 Orders filed by Angry Beavers, LLC, Edward Klen and Stephen Klen on January 9, 2021 (Doc. 94) is **DENIED** as moot.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: S. Nicholls, Law Clerk

---

[1] Evidentiary for statistical reporting purposes