| Fill in this information to identify the case: | |
| --- | --- |
| Debtor Name: Richard Weingarten | |
| United States Bankruptcy Court for the: _____ District of __Colorado_____ | |
| Case number: 20-16815-JGR _____ | ☐ Check if this is an amended filing |

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __March 2021__              Date report filed: __04/27/2021__
                                                              MM / DD / YYYY

Line of business: __Personal__          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Richard E Weingarten

Original signature of responsible party    *(signature)*

Printed name of responsible party        Richard E Weingarten

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
| --- | --- | :---: | :---: | :---: |
| | *If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | *If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Richard Weingarten                           Case number  20-16815-JGR

17. Have you paid any bills you owed before you filed bankruptcy?            ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                    $  23,911.55

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                $  12,044.78

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                             – $  6,674.85

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $  5,369.93

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $  29,281.48

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        Interim Compensation owed to Counsel as of 3/31/2021          $  21,254.72
                              per 1st Interim Fee Application to be filed.

Debtor Name  Richard Weingarten                          Case number  20-16815-JGR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                          $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____

27. What is the number of employees as of the date of this monthly report?       _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 6,866.94 *

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 23,860.00 *

30. How much have you paid this month in other professional fees?                $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 11,731.09 | − | $ 12,044.78 | = | $ -313.69 |
| 33. **Cash disbursements** | $ 6,360.00 | − | $ 6,674.85 | = | $ -314.85 |
| 34. **Net cash flow** | $ 5,371.09 | − | $ 5,369.93 | = | $ -1.16 |

35. Total projected cash receipts for the next month:                    $ ___ 8,460.74

36. Total projected cash disbursements for the next month:             − $ ___ 6,360.00

37. Total projected net cash flow for the next month:                  = $ ___ 2,100.70

*Paid from retainer, retainer balance now zero.

Debtor Name  Richard Weingarten                                    Case number 20-16815-JGR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit B

Unexpected medical bill for a prostate procedure - $492.80

# Report: Exhibit C Income Mar 2021 Wells DIP

3/1/2021 - 3/31/2021
1 Account, 9 Categories

| Date | Account | Payee | Amount |
|------|---------|-------|--------|
| **INCOME** | | | **$12,044.78** |
| Income - Artech | | | |
| 3/2/21 | Wells Fargo Checking | ARTECH LLC DIR DEP 2102… | $9,310.65 |
| 3/16/21 | Wells Fargo Checking | ARTECH LLC DIR DEP XX79… | $3,054.44 |
| 3/30/21 | Wells Fargo Checking | Artech Llc Dir Dep | $3,128.11 |
| | | | $3,128.10 |
| Income - Gunsmoke | | | $1,142.81 |
| 3/2/21 | Wells Fargo Checking | Front Range Gun Payrol 2103… | $380.27 |
| 3/16/21 | Wells Fargo Checking | Front Range Gun Payrol Pxxx… | $381.28 |
| 3/30/21 | Wells Fargo Checking | Front Range Gun Payrol 2103… | $381.26 |
| Income - Pension | | | $1,091.32 |
| 3/1/21 | Wells Fargo Checking | FIDELITY INVESTM FIDELITY… | $1,091.32 |
| Income - Spouse | | | $500.00 |
| 3/11/21 | Wells Fargo Checking | Deposit | $500.00 |
| **TOTAL** | | | **$12,044.78** |

Exhibit C Income Mar 2021 Wells DIP printed from Wells Fargo Personal on 4/13/21

Page 1 of 1

# Report: Exhibit D Disbursements Mar 2021 Wells Fargo DIP

3/1/2021 - 3/31/2021
1 Account, 129 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **EXPENSE** | | | | **-$6,674.85** |
| **Auto & Transport** | | | | |
| Auto Insurance | | | | -$924.58 |
| | 3/22/21 | Wells Fargo Checking | Progressive | -$206.39 |
| Auto Loan | | | | -$206.39 |
| | 3/2/21 | Wells Fargo Checking | Us Bank Consumer Loan Mo... | -$468.81 |
| Gas & Fuel | | | | -$468.81 |
| | | | | -$249.38 |
| | 3/1/21 | Wells Fargo Checking | Shell | -$40.43 |
| | 3/4/21 | Wells Fargo Checking | Circle K | -$35.73 |
| | 3/10/21 | Wells Fargo Checking | Murphy Express | -$38.74 |
| | 3/12/21 | Wells Fargo Checking | Kum & Go | -$16.32 |
| | 3/16/21 | Wells Fargo Checking | Shell | -$27.11 |
| | 3/22/21 | Wells Fargo Checking | Shell | -$51.11 |
| | 3/30/21 | Wells Fargo Checking | Shell | -$39.94 |
| **Bills & Utilities** | | | | -$179.60 |
| Mobile Phone | | | | -$179.60 |
| | 3/23/21 | Wells Fargo Checking | At&t | -$179.60 |
| **Entertainment** | | | | -$80.99 |
| Hobbies | | | | -$63.00 |
| | 3/1/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 3/5/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 3/12/21 | Wells Fargo Checking | Colorado Parks and Wildlife | -$60.00 |
| | 3/29/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| Movies & DVDs | | | | -$17.99 |
| | 3/22/21 | Wells Fargo Checking | Netflix | -$17.99 |
| **Fees & Charges** | | | | $0.00 |
| Bank Fee | | | | $0.00 |
| | 3/9/21 | Wells Fargo Checking | Karen Weingarten Trial | $0.05 |
| | 3/9/21 | Wells Fargo Checking | Karen Weingarten Trial | $0.63 |
| | 3/9/21 | Wells Fargo Checking | Karen Weingarten Trial Dep 21... | -$0.68 |
| **Financial** | | | | -$331.16 |

# Report: Exhibit D Disbursements Mar 2021 Wells Fargo DIP

3/1/2021 - 3/31/2021
1 Account, 129 Categories

| Category | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **Health & Fitness (Other)** | | | | -$49.00 |
| | 3/22/21 | Wells Fargo Checking | Associates In Family Medicine | -$49.00 |
| **Medicine/Drugs** | | | | -$492.80 |
| | 3/3/21 | Wells Fargo Checking | Medtboulder Medica Purchas... | -$492.80 |
| | | | | -$91.72 |
| | 3/29/21 | Wells Fargo Checking | Walgreens | -$91.72 |
| **Mortgage** | | | | -$3,043.96 |
| | 3/2/21 | Wells Fargo Checking | Quicken Loans | -$3,043.96 |
| **Rent & Lease** | | | | -$350.00 |
| Storage Unit | | | | -$350.00 |
| | 3/4/21 | Wells Fargo Checking | Leslie Koprowski | -$350.00 |
| **Shopping** | | | | -$86.14 |
| Electronics & Software | | | | -$0.99 |
| | 3/31/21 | Wells Fargo Checking | Apple | -$0.99 |
| Hobbies | | | | -$46.57 |
| | 3/18/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$46.57 |
| Shopping (Other) | | | | -$11.97 |
| | 3/1/21 | Wells Fargo Checking | Wal-mart | -$11.97 |
| Sporting Goods | | | | -$26.61 |
| | 3/8/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$25.61 |
| | 3/11/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| **Utilities** | | | | -$450.09 |
| Gas & Electric | | | | -$186.23 |
| | 3/2/21 | Wells Fargo Checking | Xcel Energy | -$42.23 |
| | 3/16/21 | Wells Fargo Checking | UNITED POWERING ELEC... | -$144.00 |
| Internet | | | | -$171.75 |
| | 3/1/21 | Wells Fargo Checking | Apple | -$0.99 |
| | 3/4/21 | Wells Fargo Checking | Comcast | -$170.76 |
| Water, Sewer, Trash | | | | -$92.11 |
| | 3/8/21 | Wells Fargo Checking | Town Of Erie | -$92.11 |
| **TOTAL** | | | | **-$6,674.85** |

# Wells Fargo® Preferred Checking

March 31, 2021 ■ Page 1 of 6



RICHARD E WEINGARTEN
DEBTOR IN POSSESSION
CH11 CASE #20-16815 (CO)
1133 NORTHRIDGE DR
ERIE CO 80516-9053

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:*  1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☑ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $18,939.24 |
| Deposits/Additions | 12,045.72 |
| Withdrawals/Subtractions | - 6,881.10 |
| **Ending balance on 3/31** | **$24,103.86** |

Account number:  ████6730

**RICHARD E WEINGARTEN**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-16815 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  ████0076

(163)

March 31, 2021 ■ Page 2 of 6



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.17 |
| Average collected balance | $20,132.38 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.17 |
| Interest paid this year | $0.50 |
| Total interest paid in 2020 | $0.28 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Fidelity Investm Fidelity xxxxx3562 Weingarten, Richard E | 1,091.32 | | |
| 3/1 | | Purchase authorized on 02/25 Five Guys CO 1591 Broomfield CO S581056853279376 Card 1176 | | 22.37 | |
| 3/1 | | Purchase authorized on 02/27 Cracker Barrel #27 Loveland CO S581058532837894 Card 1176 | | 28.14 | |
| 3/1 | | Purchase authorized on 02/27 Front Range Gun Cl Loveland CO S301058722799886 Card 1176 | | 1.00 | |
| 3/1 | | Recurring Payment authorized on 02/28 Apple.Com/Bill 866-712-7753 CA S381059360791104 Card 1176 | | 0.99 | |
| 3/1 | | Purchase authorized on 02/28 Wal-Mart #0953 Loveland CO P0000000885512223 Card 1176 | | 11.97 | |
| 3/1 | | Purchase authorized on 02/28 Shell Service Station Erie CO P004610601098978861 Card 1176 | | 40.43 | |
| 3/1 | | Purchase authorized on 03/01 King Soop 2355 W. 136T Broomfield CO P0000000637748778 Card 1176 | | 45.61 | 19,880.05 |
| 3/2 | | Front Range Gun Payroll 210302 P4548343 Richard Weingarten | 380.27 | | |
| 3/2 | | Artech LLC Dir Dep 210219 127960 Weingarten,Richard E | 3,054.44 | | |
| 3/2 | | Bill Pay US Bank Consumer Loan Mobile xxxxx44263 on 03-02 | | 468.81 | |
| 3/2 | | Bill Pay Xcel Energy Mobile xxxxx40030 on 03-02 | | 42.23 | |
| 3/2 | | Quicken Loans Mtg Pymts 030121 3362860596 Richard E Weingarten | | 3,043.96 | 19,759.76 |
| 3/3 | | Purchase authorized on 03/01 Med*Boulder Medica Boulder CO S381060583374658 Card 1176 | | 492.80 | 19,266.96 |
| 3/4 | | Purchase authorized on 03/04 Circle K # 41129 885 W Broomfield CO P0000000073288831 Card 1176 | | 35.73 | |
| 3/4 | | Bill Pay Royal Crest Dairy on-Line x08790 on 03-04 | | 28.88 | |
| 3/4 | | Comcast 8497606 xxxxx8338 210303 2598161 Richard *Weingarten | | 170.76 | |
| 3/4 | 109 | Check | | 350.00 | 18,681.59 |
| 3/5 | | Purchase authorized on 03/03 Chick-Fil-A #02061 Thornton CO S581063096185431 Card 1176 | | 9.63 | |
| 3/5 | | Purchase authorized on 03/04 Front Range Gun Cl Loveland CO S381063717887443 Card 1176 | | 1.00 | 18,670.96 |
| 3/8 | | Purchase authorized on 03/04 Cracker Barrel #27 Loveland CO S381063530745072 Card 1176 | | 28.64 | |
| 3/8 | | Purchase authorized on 03/06 Front Range Gun Cl Loveland CO S461066048444807 Card 1176 | | 25.61 | |
| 3/8 | | Purchase authorized on 03/07 Wal-Mart #0953 Loveland CO P0000000875391078 Card 1176 | | 21.94 | |
| 3/8 | | Town of Erie Uti Payment 210305 999000000018648 Richard E Weingarten | | 92.11 | |



WELLS
FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/8 | | Comotorveh CO.Go Comotorveh 303-534-3468 Richard Weingarten | | 205.57 | 18,297.09 |
| 3/9 | | Karen Weingarten Trial Dep 210308 Karen Weingarten | 0.05 | | |
| 3/9 | | Karen Weingarten Trial Dep 210308 Karen Weingarten | 0.63 | | |
| 3/9 | | Karen Weingarten Trial Dep 210308 Karen Weingarten | | 0.68 | 18,297.09 |
| 3/10 | | Purchase authorized on 03/08 Murphy Express 872 Lafayette CO S581067719632674 Card 1176 | | 38.74 | |
| 3/10 | | Purchase authorized on 03/08 China Gourmet Longmont CO S461067842212550 Card 1176 | | 26.01 | |
| 3/10 | | Recurring Payment authorized on 03/09 State Farm Insura 800-956-6310 IL S461068366329542 Card 1176 | | 331.16 | 17,901.18 |
| 3/11 | | Deposit | 500.00 | | |
| 3/11 | | Purchase authorized on 03/10 Front Range Gun Cl Loveland CO S461069784220385 Card 1176 | | 1.00 | 18,400.18 |
| 3/12 | | Purchase authorized on 03/10 Raocoparks&Wildlif Denver CO TX S301070082651138 Card 1176 | | 60.00 | |
| 3/12 | | Purchase authorized on 03/12 Kum&Go 0995 Loveland Loveland CO P0038107182383670 Card 1176 | | 16.32 | 18,323.86 |
| 3/15 | | Purchase authorized on 03/11 Cracker Barrel #27 Loveland CO S301071031412382 Card 1176 | | 21.68 | |
| 3/15 | | Purchase authorized on 03/13 Nordys Bbq & Grill Loveland CO S301073086871489 Card 1176 | | 32.70 | 18,269.48 |
| 3/16 | | Artech LLC Dir Dep 210305 127960 Weingarten,Richard E | 3,128.11 | | |
| 3/16 | | Front Range Gun Payroll 210316 P4669403 Richard Weingarten | 381.28 | | |
| 3/16 | | Purchase authorized on 03/16 Shell Service Station Erie CO P00461075409507615 Card 1176 | | 27.11 | |
| 3/16 | | United Power,Inc Elec Pmt 0000937101 Richard Weingarten | | 144.00 | 21,607.76 |
| 3/18 | | Purchase authorized on 03/16 Chick-Fil-A #01888 Loveland CO S581075689426381 Card 1176 | | 14.65 | |
| 3/18 | | Purchase authorized on 03/17 Front Range Gun Cl Loveland CO S301076724807808 Card 1176 | | 46.57 | |
| 3/18 | | Purchase authorized on 03/18 King Soop 2355 W. 136T Broomfield CO P00000000777014496 Card 1176 | | 39.24 | 21,507.30 |
| 3/22 | | Purchase authorized on 03/19 Associates IN Fami Loveland CO S461078523482784 Card 1176 | | 49.00 | |
| 3/22 | | Purchase authorized on 03/19 Saigon Xpress Longmont CO S301078663680944 Card 1176 | | 21.49 | |
| 3/22 | | Recurring Payment authorized on 03/19 Progressive Ins 800-776-4737 OH S301079232247308 Card 1176 | | 206.39 | |
| 3/22 | | Purchase authorized on 03/20 Chick-Fil-A #03634 Westminster CO S381080066193570 Card 1176 | | 10.84 | |
| 3/22 | | Purchase authorized on 03/20 Shell Service Station Erie CO P00581080091407849 Card 1176 | | 51.11 | |
| 3/22 | | Recurring Payment authorized on 03/21 Netflix.Com Netflix.Com CA S581080417172371 Card 1176 | | 17.99 | |
| 3/22 | | Purchase authorized on 03/21 Wal-Mart #0953 Loveland CO P0000000087928278 Card 1176 | | 7.05 | |
| 3/22 | | Purchase authorized on 03/22 Five Guys 4480 W 121St Broomfield CO P0000000089309895 Card 1176 | | 21.87 | 21,121.56 |
| 3/23 | | Purchase authorized on 03/21 Tst* McGraff S Loveland CO S381081019129473 Card 1176 | | 26.96 | |
| 3/23 | | ATT Payment 032121 518720013Epayo Richard Weingarten | | 179.60 | 20,915.00 |
| 3/25 | | Mobile Deposit : Ref Number :913250822325 | 0.09 | | |
| 3/25 | | Purchase authorized on 03/24 Japon Rolls & Bowl Thornton CO S581083835787834 Card 1176 | | 24.41 | |
| 3/25 | | Purchase authorized on 03/25 King Scopers #07 2395 W. Broomfield CO P00581084743891561 Card 1176 | | 45.12 | |
| 3/25 | | Purchase authorized on 03/25 King Soop 2355 W. 136T Broomfield CO P00000000586137125 Card 1176 | | 20.77 | 20,824.79 |
| 3/29 | | Purchase authorized on 03/26 Walgreens #12864 Erie CO S461085819447628 Card 1176 | | 91.72 | |

March 31, 2021 ▪ Page 4 of 6



WELLS
FARGO

---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 3/29 | | Purchase authorized on 03/26 Foo Yung Express Erie CO S581085829350039 Card 1176 | | 21.37 | |
| 3/29 | | Purchase authorized on 03/27 Front Range Gun Cl Loveland CO S381086823746289 Card 1176 | | 1.00 | |
| 3/29 | | Purchase authorized on 03/29 King Soop 1891 State H Erie CO P0000000676838644 Card 1176 | | 35.50 | |
| 3/29 | | Purchase authorized on 03/29 King Soop 2355 W. 136T Broomfield CO P00000000686025646 Card 1176 | | 12.98 | 20,662.22 |
| 3/30 | | Artech LLC Dir Dep 210319 127960 Weingarten,Richard E | 3,128.10 | | |
| 3/30 | | Front Range Gun Payroll 210330 P4780036 Richard Weingarten | 381.26 | | |
| 3/30 | | Purchase authorized on 03/28 Tst* McGraff S Loveland CO S581088040660923 Card 1176 | | 26.96 | |
| 3/30 | | Purchase authorized on 03/29 Shell Service Station Erie CO P0030108906341 0873 Card 1176 | | 39.94 | 24,104.68 |
| 3/31 | | Recurring Payment authorized on 03/30 Apple.Com/Bill 408-974-1010 CA S381089323756985 Card 1176 | | 0.99 | |
| 3/31 | | Interest Payment | 0.17 | | 24,103.86 |
| **Ending balance on 3/31** | | | | | **24,103.86** |
| **Totals** | | | **$12,045.72** | **$6,881.10** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|------|------|------|
| 109 | 3/4 | 350.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $15.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $11,545.46 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $17,901.18 ☑ |
| - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

---

 # IMPORTANT ACCOUNT INFORMATION

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code

March 31, 2021 ▪ Page 5 of 6



feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.   $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.   = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801      Member FDIC.