**Fill in this information to identify the case:**

Debtor Name  Richard Weingarten

United States Bankruptcy Court for the: _____ District of __Colorado_____

Case number:  20-16815-JGR _____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:       Apr, 2021                                   Date report filed:  05/20/2021
                                                                             MM / DD / YYYY

Line of business:  Personal                             NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Richard E Weingarten

Original signature of responsible party   *Richard Weingarten (signature)*

Printed name of responsible party      Richard E Weingarten

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Richard Weingarten                                  Case number  20-16815-JGR

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                                    $ 24,103.86

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.                                              $ 9,118.32

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.                                         − $ 11,750.11

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.                      + $ -2,631.79
This amount may be different from what you may have calculated as *net profit.*

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 21,472.25

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**                                                           $ 26,320.46 *

      *(Exhibit E)*

### *$26,320.46 in fees to Debtor's counsel, fee application pending.

Debtor Name  Richard Weingarten                          Case number  20-16815-JGR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?               _____

27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___ 23,860.00 *

30. How much have you paid this month in other professional fees?                                        $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                       $ ____ 2,350.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected *Copy lines 35-37 from the previous month's report.* | − | Column B Actual *Copy lines 20-22 of this report.* | = | Column C Difference *Subtract Column B from Column A* |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 8,460.74 | − | $ 9,118.32 | = | $ -657.58 |
| 33. Cash disbursements | $ 6,360.00 | − | $ 11,750.11 | = | $ -5,390.11 |
| 34. Net cash flow | $ 2,100.70 | − | $ -2,631.79 | = | $ 4,462.49 |

35. Total projected cash receipts for the next month:                        $  8,618.34

36. Total projected cash disbursements for the next month:                  - $  6,360.00

37. Total projected net cash flow for the next month:                       = $  2,258.34

**\*Paid from retainer, retainer balance is -0-.**

Debtor Name  Richard Weingarten                                        Case number 20-16815-JGR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Report: Exhibit C Income Apr 2021 Wells DIP

4/1/2021 - 4/30/2021
1 Account, 9 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **INCOME** | | | | $9,118.32 |
| Income - Artech | | | | |
| | 4/13/21 | Wells Fargo Checking | ARTECH LLC DIR DEP 2104… | $6,263.45 |
| | 4/27/21 | Wells Fargo Checking | ARTECH LLC DIR DEP 2104… | $3,131.72 |
| | | | | $3,131.73 |
| Income - Gunsmoke | | | | $762.55 |
| | 4/13/21 | Wells Fargo Checking | Front Range Gun Payrol 2104… | $381.28 |
| | 4/27/21 | Wells Fargo Checking | Front Range Gun Payrol 2104… | $381.27 |
| Income - Pension | | | | $1,092.32 |
| | 4/1/21 | Wells Fargo Checking | Fidelity Investm Fidelity Weinga… | $1,092.32 |
| Income - Spouse | | | | $1,000.00 |
| | 4/7/21 | Wells Fargo Checking | Deposit Made In A Branch/sto… | $500.00 |
| | 4/13/21 | Wells Fargo Checking | Karen Weingarten lb | $500.00 |
| **TOTAL** | | | | $9,118.32 |

Page 1 of 1

Exhibit C Income Apr 2021 Wells DIP printed from Wells Fargo Personal on 5/20/21

# Report: Exhibit D Disbursements Apr 2021 Wells Fargo DIP

4/1/2021 - 4/30/2021
1 Account, 129 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **EXPENSE** | | | | **-$11,750.11** |
| **Auto & Transport** | | | | |
| Auto Insurance | | | | -$996.28 |
| | 4/21/21 | Wells Fargo Checking | Progressive | -$206.39 |
| Auto Loan | | | | -$206.39 |
| | 4/2/21 | Wells Fargo Checking | Us Bank Consumer Loan Mo… | -$468.81 |
| Gas & Fuel | | | | -$468.81 |
| | 4/2/21 | Wells Fargo Checking | Circle K | -$277.18 |
| | 4/2/21 | Wells Fargo Checking | Shell | -$36.52 |
| | 4/5/21 | Wells Fargo Checking | Shell | -$43.70 |
| | 4/7/21 | Wells Fargo Checking | Shell | -$13.77 |
| | 4/12/21 | Wells Fargo Checking | Murphy7491atwal Purchase 0… | -$43.65 |
| | 4/16/21 | Wells Fargo Checking | Shell | -$44.84 |
| | 4/22/21 | Wells Fargo Checking | Shell | -$38.73 |
| | 4/26/21 | Wells Fargo Checking | Shell | -$22.31 |
| | | | | -$33.66 |
| Service & Parts | | | | -$43.90 |
| | 4/26/21 | Wells Fargo Checking | Prestige Chrysler | -$43.90 |
| **Bills & Utilities** | | | | -$519.16 |
| Home Phone | | | | -$149.12 |
| | 4/22/21 | Wells Fargo Checking | At&t | -$149.12 |
| Internet | | | | -$170.76 |
| | 4/5/21 | Wells Fargo Checking | Comcast | -$170.76 |
| Utilities | | | | -$199.28 |
| | 4/14/21 | Wells Fargo Checking | Xcel Energy | -$60.28 |
| | 4/15/21 | Wells Fargo Checking | UNITED POWERLINC ELEC… | -$139.00 |
| **Entertainment** | | | | -$65.36 |
| Hobbies | | | | -$47.37 |
| | 4/26/21 | Wells Fargo Checking | Amazon | -$20.69 |
| | 4/27/21 | Wells Fargo Checking | Amazon | -$26.68 |
| Movies & DVDs | | | | -$17.99 |
| | 4/22/21 | Wells Fargo Checking | Netflix | -$17.99 |

# Report: Exhibit D Disbursements Apr 2021 Wells Fargo DIP

4/1/2021 - 4/30/2021
1 Account, 129 Categories

| Date | Account | Payee | Amount |
|------|---------|-------|--------|
| **Food & Dining** | | | |
| Food & Dining (Other) | | | -$444.01 |
| 4/1/21 | Wells Fargo Checking | Chick-fil-a | -$253.87 |
| 4/5/21 | Wells Fargo Checking | Raising Cane's #35 Purchase… | -$10.89 |
| 4/5/21 | Wells Fargo Checking | Cracker Barrel | -$13.27 |
| 4/6/21 | Wells Fargo Checking | Big Daddy Bage Purchase 04… | -$29.28 |
| 4/7/21 | Wells Fargo Checking | Cold Stone Creamery | -$27.66 |
| 4/8/21 | Wells Fargo Checking | Five Guys | -$15.07 |
| 4/9/21 | Wells Fargo Checking | Chick-fil-a | -$20.66 |
| 4/13/21 | Wells Fargo Checking | Mcdonald's | -$20.57 |
| 4/19/21 | Wells Fargo Checking | Chick-fil-a | -$7.93 |
| 4/20/21 | Wells Fargo Checking | Tst* Mcgraff S Purchase 04/1… | -$7.56 |
| 4/23/21 | Wells Fargo Checking | Firehouse Subs | -$32.22 |
| 4/26/21 | Wells Fargo Checking | Big Daddy Bage | -$8.32 |
| 4/26/21 | Wells Fargo Checking | Big Daddy Bage Purchase 04… | $14.10 |
| 4/29/21 | Wells Fargo Checking | Tst* The Great Gre Purchase… | -$40.69 |
| 4/30/21 | Wells Fargo Checking | Firehouse Subs | -$22.12 |
| | | | -$11.73 |
| **Groceries** | | | -$190.14 |
| 4/5/21 | Wells Fargo Checking | Royal Crest Dairy Mobile X087… | -$35.60 |
| 4/5/21 | Wells Fargo Checking | Wal-mart | -$7.15 |
| 4/7/21 | Wells Fargo Checking | Safeway | -$5.72 |
| 4/8/21 | Wells Fargo Checking | King Soop 2355 W. 136t Pur… | -$49.02 |
| 4/19/21 | Wells Fargo Checking | King Soopers | -$41.91 |
| 4/19/21 | Wells Fargo Checking | King Soop 1891 State H Purc… | -$24.62 |
| 4/26/21 | Wells Fargo Checking | Wal-mart | -$26.12 |
| | | | -$4,629.54 |
| | | | -$4,531.08 |
| **Health & Fitness** | | | |
| Doctor | | | -$4,531.08 |
| 4/27/21 | Wells Fargo Checking | Boulder Medical Center | -$98.46 |
| Medicine/Drugs | | | -$98.46 |
| 4/19/21 | Wells Fargo Checking | Walgreens | -$3,043.96 |
| **Mortgage** | | | |

Exhibit D Disbursements Apr 2021 Wells Fargo DIP printed from Wells Fargo Personal on 5/20/21

Page 2 of 3

# Report: Exhibit D Disbursements Apr 2021 Wells Fargo DIP

4/1/2021 - 4/30/2021
1 Account, 129 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **Professional Services** | | | | |
| Accounting | 4/2/21 | Wells Fargo Checking | Quicken Loans | -$3,043.96 |
| | | | | -$1,500.00 |
| | 4/1/21 | Wells Fargo Checking | Haynie & Company | -$1,500.00 |
| | | | | -$1,500.00 |
| **Rent & Lease** | | | | |
| Storage Unit | | | | -$350.00 |
| | 4/5/21 | Wells Fargo Checking | Leslie Koprowski | -$350.00 |
| | | | | -$350.00 |
| **Shopping** | | | | |
| Hobbies | | | | -$122.00 |
| | | | | -$1.00 |
| | 4/2/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| Shopping (Other) | | | | -$119.00 |
| | 4/19/21 | Wells Fargo Checking | Amazon | -$119.00 |
| Sporting Goods | | | | -$2.00 |
| | 4/5/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 4/16/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| **Utilities** | | | | |
| Water, Sewer, Trash | | | | -$79.80 |
| | 4/19/21 | Wells Fargo Checking | In *one Way Dispos Purchase.... | -$79.80 |
| | | | | -$79.80 |
| **TOTAL** | | | | -$11,750.11 |

Exhibit D Disbursements Apr 2021 Wells Fargo DIP printed from Wells Fargo Personal on 5/20/21

# Wells Fargo® Preferred Checking

April 30, 2021  ■  Page 1 of 5



RICHARD E WEINGARTEN
DEBTOR IN POSSESSION
CH11 CASE #20-16815 (CO)
1133 NORTHRIDGE DR
ERIE CO 80516-9053

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $24,103.86 |
| Deposits/Additions | 9,132.60 |
| Withdrawals/Subtractions | - 11,764.21 |
| **Ending balance on 4/30** | **$21,472.25** |

Account number: ▬▬ 6730

**RICHARD E WEINGARTEN**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-16815 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

(163)



**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.18 |
| Average collected balance | $21,721.90 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.18 |
| Interest paid this year | $0.68 |

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Fidelity Investm Fidelity xxxxx3562 Weingarten, Richard E | 1,092.32 | | |
| 4/1 | | Purchase authorized on 03/30 Chick-Fil-A #02061 Thornton CO S461090058380117 Card 1176 | | 10.89 | |
| 4/1 | 111 | Check | | 1,500.00 | 23,685.29 |
| 4/2 | | Purchase authorized on 04/01 Front Range Gun Cl Loveland CO S301091799826830 Card 1176 | | 1.00 | |
| 4/2 | | Purchase authorized on 04/02 Shell Service Station Erie CO P00301092416599868 Card 1176 | | 43.70 | |
| 4/2 | | Purchase authorized on 04/02 Circle K # 41129 885 W Broomfield CO P00000000286523604 Card 1176 | | 36.52 | |
| 4/2 | | Bill Pay US Bank Consumer Loan Mobile xxxxx44263 on 04-02 | | 468.81 | |
| 4/2 | | Quicken Loans Mtg Pymts 040121 3362880596 Richard E Weingarten | | 3,043.96 | 20,091.30 |
| 4/5 | | Purchase authorized on 04/01 Raising Cane's #35 Broomfield CO S581091855979756 Card 1176 | | 13.27 | |
| 4/5 | | Purchase authorized on 04/02 Cracker Barrel #27 Loveland CO S301092497342355 Card 1176 | | 29.28 | |
| 4/5 | | Bill Pay Royal Crest Dairy Mobile x08790 on 04-05 | | 35.60 | |
| 4/5 | | Purchase authorized on 04/03 Front Range Gun Cl Loveland CO S581093734399881 Card 1176 | | 1.00 | |
| 4/5 | | Purchase authorized on 04/04 Wal-Mart #0953 Loveland CO P00000000573090880 Card 1176 | | 7.15 | |
| 4/5 | | Purchase authorized on 04/04 Shell Service Station Erie CO P00301095055104989 Card 1176 | | 13.77 | |
| 4/5 | | Comcast 8497606 xxxxx8338 210403 7414549 Richard *Weingarten | | 170.76 | |
| 4/5 | 110 | Check | | 350.00 | 19,470.47 |
| 4/6 | | Purchase authorized on 04/05 Sq *Big Daddy Bage Lafayette CO S301095448428403 Card 1176 | | 27.66 | 19,442.81 |
| 4/7 | | Deposit Made in A Branch/Store | 500.00 | | |
| 4/7 | | Purchase authorized on 04/05 Coldstone #20394/R Longmont CO S301095697455965 Card 1176 | | 15.07 | |
| 4/7 | | Purchase authorized on 04/05 Safeway #2624 Broomfield CO S581095730799369 Card 1176 | | 5.72 | |
| 4/7 | | Purchase authorized on 04/07 Shell Service Station Erie CO P00301097412088406 Card 1176 | | 43.65 | 19,878.37 |
| 4/8 | | Purchase authorized on 04/08 King Soop 2355 W. 136T Broomfield CO P00000000387687186 Card 1176 | | 49.02 | |
| 4/8 | | Purchase authorized on 04/08 Five Guys 4480 W 121St Broomfield CO P00000000272871616 Card 1176 | | 20.66 | 19,808.69 |
| 4/9 | | Purchase authorized on 04/07 Chick-Fil-A #01888 Loveland CO S381097658499528 Card 1176 | | 20.57 | 19,788.12 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/12 | | Purchase authorized on 04/12 Murphy7491Atwal Broomfield CO P00000000174628000 Card 1176 | | 44.84 | 19,743.28 |
| 4/13 | | Karen Weingarten Ib A2A 210412 0005 Karen Weingarten | 500.00 | | |
| 4/13 | | Artech LLC Dir Dep 210402 127960 Weingarten,Richard E | 3,131.72 | | |
| 4/13 | | Front Range Gun Payroll 210413 P4903452 Richard Weingarten | 381.28 | | |
| 4/13 | | Purchase authorized on 04/12 McDonald's F37876 Erie CO S38110301 0810488 Card 1176 | | 7.93 | 23,748.35 |
| 4/14 | | Xcel Energy-PSCO Online Pmt 210414 Ckf937829388POS Weingarten,Richard | | 60.28 | 23,688.07 |
| 4/15 | | United Power,Inc Elec Pmt 0000937101 Richard Weingarten | | 139.00 | 23,549.07 |
| 4/16 | | Purchase authorized on 04/15 Front Range Gun Cl Loveland CO S581105644211939 Card 1176 | | 1.00 | |
| 4/16 | | Purchase authorized on 04/16 Shell Service Station Erie CO P00461106407917495 Card 1176 | | 38.73 | 23,509.34 |
| 4/19 | | Purchase authorized on 04/16 Chick-Fil-A #01888 Loveland CO S381106453350415 Card 1176 | | 7.56 | |
| 4/19 | | Purchase authorized on 04/16 IN *One Way Dispos 303-8230556 CO S581106834609091 Card 1176 | | 79.80 | |
| 4/19 | | Recurring Payment authorized on 04/17 Amazon Prime*Iw5Kb Amzn.Com/Bill WA S3011081236868 06 Card 1176 | | 119.00 | |
| 4/19 | | Purchase authorized on 04/18 Walgreens #12864 Erie CO S301109056425262 Card 1176 | | 98.46 | |
| 4/19 | | Purchase authorized on 04/19 King Soopers #07 1891 Sta Erie CO P00381110003210500 Card 1176 | | 41.91 | |
| 4/19 | | Purchase authorized on 04/19 King Soop 1891 State H Erie CO P0000000039528326 Card 1176 | | 24.62 | 23,137.99 |
| 4/20 | | Purchase authorized on 04/18 Tst* McGraff S Loveland CO S581109014835224 Card 1176 | | 32.22 | 23,105.77 |
| 4/21 | | Recurring Payment authorized on 04/19 Progressive Ins 800-776-4737 OH S381110237960615 Card 1176 | | 206.39 | 22,899.38 |
| 4/22 | | Recurring Payment authorized on 04/21 Netflix.Com Netflix.Com CA S301111379585532 Card 1176 | | 17.99 | |
| 4/22 | | Purchase authorized on 04/21 Shell Service Station Erie CO P00381112063524982 Card 1176 | | 22.31 | |
| 4/22 | | ATT Payment 042121 543684011Epays Richard Weingarten | | 149.12 | 22,709.96 |
| 4/23 | | Purchase authorized on 04/21 Firehouse Subs 128 Loveland CO S461111774705675 Card 1176 | | 8.32 | 22,701.64 |
| 4/26 | | Purchase Return authorized on 04/23 Sq *Big Daddy Bage Lafayette CO S301113461348611 Card 1176 | 14.10 | | |
| 4/26 | | Purchase authorized on 04/23 Sq *Big Daddy Bage Lafayette CO S301113459521363 Card 1176 | | 40.69 | |
| 4/26 | | Purchase authorized on 04/23 Prestige Chrysler Longmont CO S381113502379293 Card 1176 | | 43.90 | |
| 4/26 | | Purchase authorized on 04/24 Amzn Mktp US*Rb7Jm Amzn.Com/Bill WA S581114694761649 Card 1176 | | 20.69 | |
| 4/26 | | Purchase authorized on 04/25 Shell Service Station Erie CO P00461115431183531 Card 1176 | | 33.66 | |
| 4/26 | | Purchase authorized on 04/25 Wal-Mart Super Center Loveland CO P00000000630405342 Card 1176 | | 26.12 | 22,550.68 |
| 4/27 | | Artech LLC Dir Dep 210416 127960 Weingarten,Richard E | 3,131.73 | | |
| 4/27 | | Front Range Gun Payroll 210427 P5028629 Richard Weingarten | 381.27 | | |
| 4/27 | | Purchase authorized on 04/24 Amazon.Com*Xw90L5A Amzn.Com/Bill WA S461114694735404 Card 1176 | | 26.68 | |
| 4/27 | | Jpmc FBO Instame Boulder ME 021000028418475 Richard Weingarten | | 4,531.08 | 21,505.92 |
| 4/29 | | Purchase authorized on 04/27 Tst* The Great Gre Westminster CO S381117821448524 Card 1176 | | 22.12 | 21,483.80 |

April 30, 2021  ▪  Page 4 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/30 | | Purchase authorized on 04/28 Firehouse Subs 128 Loveland CO S301118793971998 Card 1176 | | 11.73 | |
| 4/30 | | Interest Payment | 0.18 | | 21,472.25 |
| | | Ending balance on 4/30 | | | 21,472.25 |
| **Totals** | | | **$9,132.60** | **$11,764.21** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 110 | 4/5 | 350.00 | 111 | 4/1 | 1,500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $8,618.32 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $19,442.81 ☑ |
|   - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD



# ☑ IMPORTANT ACCOUNT INFORMATION

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

April 30, 2021  ▪  Page 5 of 5



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.            $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.            = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801        Member FDIC.