| Fill in this information to identify the case: | |
|---|---|
| Debtor Name  Richard Weingarten | |
| United States Bankruptcy Court for the: _____ District of __Colorado_____ | |
| Case number:  20-16815-JGR | ☐ Check if this is an amended filing |

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:          September 2021                                  Date report filed:  10/25/2021
                                                                                    MM / DD / YYYY

Line of business:  Personal _____                        NAISC code:       _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Richard E Weingarten

Original signature of responsible party  _____

Printed name of responsible party      Richard E Weingarten

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

Debtor Name  Richard Weingarten

Case number  20-16815-JGR

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  7,281.57

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.  $  8,324.79

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.  – $  10,621.48

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.  + $  -2,296.69

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.  = $  4,984.88

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $  14,263.88

*(Accrued fees to counsel)*

Debtor Name  Richard Weingarten                                    Case number 20-16815-JGR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                         $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      _____

27. What is the number of employees as of the date of this monthly report?        _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 4,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 57,360.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 2,350.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A **Projected** — Copy lines 35-37 from the previous month's report. | Column B **Actual** — Copy lines 20-22 of this report. | Column C **Difference** = Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ 7,228.00 | $ 8,324.79 | $ 1,096.79 |
| 33. **Cash disbursements** | $ 5,215.00 | $ 10,621.48 | $ -5,406.58 |
| 34. **Net cash flow** | $ 2,013.00 | $ -2,296.69 | $ -4,309.69 |

35. Total projected cash receipts for the next month:                          $ _____ 8,952.00

36. Total projected cash disbursements for the next month:                   - $ _____ 6,447.00

37. Total projected net cash flow for the next month:                        = $ _____ 2,505.00

Debtor Name  Richard Weingarten                    Case number 20-16815-JGR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Report: Exhibit C Income September 2021 Wells DIP

9/1/2021 - 9/30/2021
1 Account, 9 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **INCOME** | | | | |
| Income - Artech | | | | $5,105.32 |
| | 9/14/21 | Wells Fargo Checking | ARTECH LLC DIR DEP 2109… | $3,131.72 |
| | | | | $3,131.72 |
| Income - Gunsmoke | | | | $381.28 |
| | 9/14/21 | Wells Fargo Checking | Front Range Gun PAYROLL 2… | $381.28 |
| Income - Pension | | | | $1,092.32 |
| | 9/1/21 | Wells Fargo Checking | FIDELITY INVESTM FIDELITY… | $1,092.32 |
| Income - Spouse | | | | $500.00 |
| | 9/3/21 | Wells Fargo Checking | Karen Weingarten Ib | $500.00 |
| **TOTAL** | | | | **$5,105.32** |

Exhibit C Income September 2021 Wells DIP printed from Wells Fargo Personal on 10/17/21

Page 1 of 1

# Report: Exhibit D Disbursements September 2021 Wells Fargo DIP

9/1/2021 - 9/30/2021
1 Account, 129 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **EXPENSE** | | | | |
| **Auto & Transport** | | | | -$10,462.85 |
| Auto & Transport (Other) | | | | -$839.46 |
| | 9/13/21 | Wells Fargo Checking | Express Tolls | -$7.42 |
| | | | | -$7.42 |
| Auto Insurance | | | | -$205.50 |
| | 9/20/21 | Wells Fargo Checking | Progressive | -$205.50 |
| Auto Loan | | | | -$468.81 |
| | 9/2/21 | Wells Fargo Checking | US BANK CONSUMER LOA... | -$468.81 |
| Gas & Fuel | | | | -$51.90 |
| | 9/29/21 | Wells Fargo Checking | Kum & Go | -$51.90 |
| Service & Parts | | | | -$105.83 |
| | 9/20/21 | Wells Fargo Checking | CARPARTS.COM * PURCHA... | -$105.83 |
| **Bills & Utilities** | | | | -$84.35 |
| Mobile Phone | | | | -$47.85 |
| | 9/20/21 | Wells Fargo Checking | XFINITY MOBILE RECURRIN... | -$47.85 |
| Utilities | | | | -$36.50 |
| | 9/13/21 | Wells Fargo Checking | Xcel Energy | -$36.50 |
| **Entertainment** | | | | -$43.37 |
| Hobbies | | | | -$25.38 |
| | 9/7/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$16.01 |
| | 9/7/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$9.37 |
| Movies & DVDs | | | | -$17.99 |
| | 9/22/21 | Wells Fargo Checking | Netflix | -$17.99 |
| **Food & Dining** | | | | -$758.86 |
| Food & Dining (Other) | | | | -$153.55 |
| | 9/2/21 | Wells Fargo Checking | Chipotle | -$17.25 |
| | 9/9/21 | Wells Fargo Checking | Firehouse Subs | -$12.00 |
| | 9/17/21 | Wells Fargo Checking | Firehouse Subs | -$12.26 |
| | 9/17/21 | Wells Fargo Checking | Chick-fil-a | -$9.71 |
| | 9/20/21 | Wells Fargo Checking | Cracker Barrel | -$28.54 |
| | 9/22/21 | Wells Fargo Checking | Five Guys | -$22.73 |

# Report: Exhibit D Disbursements September 2021 Wells Fargo DIP

9/1/2021 - 9/30/2021
1 Account, 129 Categories

| Date | Account | Payee | Amount |
|---|---|---|---|
| **Groceries** | | | |
| 9/24/21 | Wells Fargo Checking | Chick-fil-a | -$10.39 |
| 9/27/21 | Wells Fargo Checking | Cracker Barrel | -$29.05 |
| 9/30/21 | Wells Fargo Checking | Firehouse Subs | -$11.62 |
| | | | -$605.31 |
| 9/1/21 | Wells Fargo Checking | King Soopers | -$18.97 |
| 9/3/21 | Wells Fargo Checking | ROYAL CREST DAIRY MOBI... | -$28.88 |
| 9/7/21 | Wells Fargo Checking | Wal-mart | -$23.59 |
| 9/7/21 | Wells Fargo Checking | King Soopers | -$39.61 |
| 9/7/21 | Wells Fargo Checking | KING SOOP 1891 STATE H... | -$24.68 |
| 9/13/21 | Wells Fargo Checking | KING SOOP 2355 W. 136T... | -$19.48 |
| 9/14/21 | Wells Fargo Checking | King Soopers | -$46.28 |
| 9/17/21 | Wells Fargo Checking | King Soopers | -$34.16 |
| 9/20/21 | Wells Fargo Checking | Wal-mart | -$31.64 |
| 9/20/21 | Wells Fargo Checking | King Soopers | -$11.51 |
| 9/21/21 | Wells Fargo Checking | Costco | -$44.86 |
| 9/21/21 | Wells Fargo Checking | Flying B Bar Ranch, LLC | -$163.29 |
| 9/22/21 | Wells Fargo Checking | King Soopers | -$45.12 |
| 9/27/21 | Wells Fargo Checking | King Soopers | -$55.67 |
| 9/27/21 | Wells Fargo Checking | KING SOOP 1891 STATE H... | -$17.57 |
| **Health & Fitness** | | | |
| Doctor | | | -$292.48 |
| 9/9/21 | Wells Fargo Checking | Health Care | -$200.00 |
| Medicine/Drugs | | | -$200.00 |
| | | | -$92.48 |
| 9/28/21 | Wells Fargo Checking | Walgreens | -$92.48 |
| **Home** | | | |
| Mortgage, Tax, Insurance | | | -$3,102.11 |
| | | | -$3,102.11 |
| 9/2/21 | Wells Fargo Checking | Quicken Loans | -$3,102.11 |
| **Professional Services** | | | |
| Legal Services | | | -$4,500.00 |
| | | | -$4,500.00 |
| 9/27/21 | Wells Fargo Checking | Check | -$4,500.00 |
| **Shopping** | | | -$269.35 |

Exhibit D Disbursements September 2021 Wells Fargo DIP printed from Wells Fargo Personal on 10/17/21

Page 2 of 3

# Report: Exhibit D Disbursements September 2021 Wells Fargo DIP

9/1/2021 - 9/30/2021
1 Account, 129 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| Clothing | 9/16/21 | Wells Fargo Checking | Zappos | -$233.91 |
| | 9/28/21 | Wells Fargo Checking | Asics PURCHASE 09/27 Tho… | -$114.02 |
| Shopping (Other) | | | | -$119.89 |
| | 9/20/21 | Wells Fargo Checking | Amazon | -$15.50 |
| Sporting Goods | | | | -$15.50 |
| | | | | -$19.94 |
| | 9/8/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$14.94 |
| | 9/13/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 9/16/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 9/20/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 9/23/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| | 9/27/21 | Wells Fargo Checking | Front Range Gun Club, Llc | -$1.00 |
| Utilities | | | | -$572.87 |
| Gas & Electric | | | | -$209.80 |
| | 9/8/21 | Wells Fargo Checking | Xcel Energy | -$111.80 |
| | 9/15/21 | Wells Fargo Checking | UNITED POWER INC ELEC… | -$98.00 |
| Internet | | | | -$155.73 |
| | 9/7/21 | Wells Fargo Checking | Comcast | -$155.73 |
| Water, Sewer, Trash | | | | -$207.34 |
| | 9/8/21 | Wells Fargo Checking | Town Of Erie | -$207.34 |
| TOTAL | | | | -$10,462.85 |

Exhibit D Disbursements September 2021 Wells Fargo DIP printed from Wells Fargo Personal on 10/17/21

# Wells Fargo® Preferred Checking

September 30, 2021 ■ Page 1 of 6



RICHARD E WEINGARTEN
DEBTOR IN POSSESSION
CH11 CASE #20-16815 (CO)
1133 NORTHRIDGE DR
ERIE CO 80516-9053

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

 IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.

(163)

September 30, 2021 ▪ Page 2 of 6



Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $7,281.57 |
| Deposits/Additions | 8,324.79 |
| Withdrawals/Subtractions | - 10,621.48 |
| **Ending balance on 9/30** | **$4,984.88** |

Account number: ⁻ ⁻96730

**RICHARD E WEINGARTEN**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-16815 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.05 |
| Average collected balance | $5,889.21 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.05 |
| Interest paid this year | $1.05 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Fidelity Investm Fidelity xxxxx3562 Weingarten, Richard E | 1,092.32 | | |
| 9/1 | | Purchase authorized on 09/01 King Soopers #01 2355 W. Broomfield CO P0038124445285639 Card 1176 | | 18.97 | 8,354.92 |
| 9/2 | | Purchase authorized on 09/01 Chipotle 0780 Loveland CO S581244664390886 Card 1176 | | 17.25 | |
| 9/2 | | Bill Pay US Bank Consumer Loan Mobile xxxxx44263 on 09-02 | | 468.81 | |
| 9/2 | | Quicken Loans Mtg Pymts 090121 3362880596 Richard E Weingarten | | 3,102.11 | 4,766.75 |
| 9/3 | | Karen Weingarten Ib A2A 210902 0005 Karen Weingarten | 500.00 | | |
| 9/3 | | Bill Pay Royal Crest Dairy Mobile x08790 on 09-03 | | 28.88 | 5,237.87 |
| 9/7 | | Purchase authorized on 09/04 Front Range Gun Cl Loveland CO S461247692523044 Card 1176 | | 9.37 | |
| 9/7 | | Purchase authorized on 09/04 Front Range Gun Cl Loveland CO S301247745758715 Card 1176 | | 16.01 | |
| 9/7 | | Purchase authorized on 09/05 King Soopers #07 1891 Sta Erie CO P0046124846208816 Card 1176 | | 39.61 | |
| 9/7 | | Purchase authorized on 09/05 Wal-Mart Super Center Loveland CO P0000000079889530 Card 1176 | | 23.59 | |
| 9/7 | | Purchase authorized on 09/06 King Soop 1891 State H Erie CO P0000000071574881 Card 1176 | | 24.68 | |
| 9/7 | | Comcast 8497606 xxxxx8338 210903 3071245 Richard *Weingarten | | 155.73 | 4,968.88 |
| 9/8 | | Purchase authorized on 09/07 Front Range Gun Cl Loveland CO S581250721695446 Card 1176 | | 14.94 | |
| 9/8 | | Town of Erie Uti Payment 210907 999000000026954 Richard E Weingarten | | 207.34 | |
| 9/8 | | Xcel Energy-PSCO Online Pmt 210908 Ckf937829388POS Weingarten,Richard | | 111.80 | 4,634.80 |

September 30, 2021 ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/9 | | Purchase authorized on 09/07 Hearing Healthcare 303-776-8748 CO S381250619155879 Card 1176 | | 200.00 | |
| 9/9 | | Purchase authorized on 09/07 Firehouse Subs 128 Loveland CO S301250636046309 Card 1176 | | 12.00 | 4,422.80 |
| 9/13 | | Purchase authorized on 09/11 Front Range Gun Cl Loveland CO S581254759604690 Card 1176 | | 1.00 | |
| 9/13 | | Purchase authorized on 09/11 E 470 Express Toll 303-5373470 CO S301255099592692 Card 1176 | | 7.42 | |
| 9/13 | | Purchase authorized on 09/13 King Soop 2355 W. 136T Broomfield CO P00000000281645033 Card 1176 | | 19.48 | |
| 9/13 | | Xcel Energy-PSCO Online Pmt 210913 Ckf937829388POS Weingarten,Richard | | 36.50 | 4,358.40 |
| 9/14 | | Artech LLC Dir Dep 210903 127960 Weingarten,Richard E | 3,131.72 | | |
| 9/14 | | Front Range Gun Payroll 210914 P6376520 Richard Weingarten | 381.28 | | |
| 9/14 | | Purchase authorized on 09/14 King Soopers #07 2395 W. Broomfield CO P00381257430925901 Card 1176 | | 46.28 | 7,825.12 |
| 9/15 | | United Power,Inc Elec Pmt 0000937101 Richard Weingarten | | 98.00 | 7,727.12 |
| 9/16 | | Purchase authorized on 09/13 Zap*Zappos.Com 800-927-7671 NV S381256849973196 Card 1176 | | 114.02 | |
| 9/16 | | Purchase authorized on 09/15 Front Range Gun Cl Loveland CO S461258709079093 Card 1176 | | 1.00 | 7,612.10 |
| 9/17 | | Purchase authorized on 09/15 Firehouse Subs 128 Loveland CO S461258647449389 Card 1176 | | 12.26 | |
| 9/17 | | Purchase authorized on 09/15 Chick-Fil-A #02061 Thornton CO S381259108963734 Card 1176 | | 9.71 | |
| 9/17 | | Purchase authorized on 09/17 King Soopers #07 2395 W. Broomfield CO P00461260430302345 Card 1176 | | 34.16 | 7,555.97 |
| 9/20 | | Recurring Payment authorized on 09/17 Xfinity Mobile 888-936-4968 PA S581260529436402 Card 1176 | | 47.85 | |
| 9/20 | | Purchase authorized on 09/17 Amzn Mktp US*2G5R2 Amzn.Com/Bill WA S581260688267659 Card 1176 | | 15.50 | |
| 9/20 | | Purchase authorized on 09/17 Carpartscom * 800-913-6127 CA S461260692878614 Card 1176 | | 105.83 | |
| 9/20 | | Purchase authorized on 09/18 Cracker Barrel #27 Loveland CO S381261492900843 Card 1176 | | 28.54 | |
| 9/20 | | Purchase authorized on 09/18 Front Range Gun Cl Loveland CO S581261756666906 Card 1176 | | 1.00 | |
| 9/20 | | Purchase authorized on 09/19 King Soopers #07 1891 Sta Erie CO P0030126242101396 Card 1176 | | 11.51 | |
| 9/20 | | Purchase authorized on 09/19 WM Superc Wal-Mart Sup Loveland CO P00000000134949010 Card 1176 | | 31.64 | |
| 9/20 | | Recurring Payment authorized on 09/19 Progressive Ins 800-776-4737 OH S301263232549303 Card 1176 | | 205.50 | 7,108.60 |
| 9/21 | | Purchase authorized on 09/20 Flying B Bar Ranch 720-326-9506 CO S381263577458437 Card 1176 | | 163.29 | |
| 9/21 | | Purchase authorized on 09/21 Costco Whse #1178 Timnath CO P00301264784356139 Card 1176 | | 44.86 | 6,900.45 |
| 9/22 | | Purchase authorized on 09/20 Five Guys CO1591 Q Broomfield CO S381263847463796 Card 1176 | | 22.73 | |
| 9/22 | | Recurring Payment authorized on 09/21 Netflix.Com Netflix.Com CA S581264462172596 Card 1176 | | 17.99 | |
| 9/22 | | Purchase authorized on 09/22 King Soopers #07 1891 Sta Erie CO P00581265415575198 Card 1176 | | 45.12 | 6,814.61 |
| 9/23 | | Purchase authorized on 09/22 Front Range Gun Cl Loveland CO S301265638052853 Card 1176 | | 1.00 | 6,813.61 |
| 9/24 | | Purchase authorized on 09/22 Chick-Fil-A #02061 Thornton CO S301266050469731 Card 1176 | | 10.39 | 6,803.22 |
| 9/27 | | Purchase authorized on 09/24 Front Range Gun Cl Loveland CO S381267764168531 Card 1176 | | 1.00 | |
| 9/27 | | Purchase authorized on 09/25 Cracker Barrel # 5800 McW Loveland CO P00581268497417219 Card 1176 | | 29.05 | |

September 30, 2021   ▪ Page 4 of 6



WELLS
FARGO

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/27 | | Purchase authorized on 09/26 King Soopers #07 1891 Sta Erie CO P00581269432234856 Card 1176 | | 55.67 | |
| 9/27 | | Purchase authorized on 09/27 CO Motor Veh Serv Emv Denver CO P0000000477873277 Card 1176 | | 158.63 | |
| 9/27 | | Purchase authorized on 09/27 King Soop 1891 State H Erie CO P00000000589810048 Card 1176 | | 17.57 | |
| 9/27 | 125 | Check | | 4,500.00 | 2,041.30 |
| 9/28 | | Front Range Gun Payroll 210928 P6517797 Richard Weingarten | 381.26 | | |
| 9/28 | | Artech LLC Dir Dep 210917 127960 Weingarten,Richard E | 2,838.16 | | |
| 9/28 | | Purchase authorized on 09/27 Asics Thornton CO S461270809724447 Card 1176 | | 119.89 | |
| 9/28 | | Purchase authorized on 09/27 Walgreens #12864 Erie CO S581271009748200 Card 1176 | | 92.48 | 5,048.35 |
| 9/29 | | Purchase authorized on 09/29 Kum&Go 0995 Loveland Loveland CO P00301272819754842 Card 1176 | | 51.90 | 4,996.45 |
| 9/30 | | Purchase authorized on 09/28 Firehouse Subs 128 Loveland CO S581271694569258 Card 1176 | | 11.62 | |
| 9/30 | | Interest Payment | 0.05 | | 4,984.88 |
| Ending balance on 9/30 | | | | | 4,984.88 |
| **Totals** | | | **$8,324.79** | **$10,621.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 125 | 9/27 | 4,500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $8,324.74 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $2,041.30 ☐ |
| - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

---

 IMPORTANT ACCOUNT INFORMATION

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

September 30, 2021   ■   Page 5 of 6



**Accounts with a zero balance will continue to be charged applicable fees**          (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

***

**Other Wells Fargo Benefits**

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

***

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

September 30, 2021 ▪ Page 6 of 6



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

                                                                    + $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

                                                                    - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                                                    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801                Member FDIC.